# SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

August 24, 2021

**BY ECF**

Hon. Denis R. Hurley
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re:    United States v. Brett Ofsink
            19-CR-290

Dear Judge Hurley:

    We are the attorneys for Brett Ofsink who is scheduled to be sentenced before Your Honor on September 21, 2021. I am beginning a trial before Judge Azrack on September 13, 2021 and expect that trial will take approximately three weeks. I have notified the Government that I was seeking an adjournment of the sentence, and they have asked that the sentence be adjourned to the week of October 11, 2021. My client's mother is having surgery on October 14, 2021; however, both the Government and the defense are available on October 12, 2021 and October 13, 2021.

    I would respectfully request that the sentence be adjourned to October 11 or October 12, 2021, depending upon the Court's availability. The Government is not available the week prior to October 25, 2021 and will commence a trial on October 25, 2021.

    Thank you.

Respectfully submitted,

*Stephen P. Scaring*

STEPHEN P. SCARING

cc:    AUSA Megan Farrell (by ECF)