**SCARING & CARMAN PLLC**
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

January 12, 2021

**BY ECF**

Hon. Denis R. Hurley
United States District Court
100 Federal Plaza
Central Islip, NY 11722

     Re:    United States v. Brett Ofsink
              19-CR-290

Dear Judge Hurley:

This office represents Brett Ofsink who is scheduled to appear before Your Honor on January 20, 2022, at 1:30 p.m. for sentencing.

While preparing for the upcoming sentencing, I learned that a letter written by the defendant to Your Honor on October 27 2021, was not sent. Accordingly, I am enclosing the defendant's letter. The defendant will address the Court at sentencing.

Respectfully submitted,

STEPHEN P. SCARING

cc:    AUSA Megan Farrell (by ECF)