**SCARING & CARMAN PLLC**
**666 Old Country Road, Suite 501**
**Garden City, NY 11530**
**(516) 683-8500**

January 17, 2022

**BY ECF**

Hon. Denis R. Hurley
United States District Court
100 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Brett Ofsink
                 19-CR-290

Dear Judge Hurley:

      My office represents Brett Ofsink who was scheduled to be sentenced before Your Honor on January 20, 2022. The Court has rescheduled the sentencing for March 1, 2022. Unfortunately, I will be out of state on a trip beginning February 28 and ending on March 8. This trip was rescheduled because of a prior conflict with a trial before the Hon. Joan Azrack. The defendant would respectfully request that the sentencing be rescheduled.

      The Government is beginning a trial on March 7 and is therefore unavailable after my return. The defendant respectfully requests that the Court reschedule the sentencing for a date prior to my departure. I am available any time beginning the week of February 21, 2022, subject to the Government's availability.

      Thank you.

                                                                  Respectfully submitted,

                                                              *Stephen P. Scaring*

                                                              STEPHEN P. SCARING

cc:    AUSA Megan Farrell (by ECF)