# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

February 17, 2022

**BY ECF**

Hon. Denis R. Hurley
United States District Court
100 Federal Plaza
Central Islip, NY  11722

    Re:    United States v. Brett Ofsink
               19-CR-290
               Restitution

Dear Judge Hurley:

      We represent the defendant, Brett Ofsink, who is scheduled to appear before you on February 24, 2022 for sentencing.

      The defendant has reached a settlement and resolved all victim restitution claims. They are identified as Andy, Cindy, Lily, Maureen, Patty, Pia, Sarah, Violet, April, Chelsea, Jane, Jen, Jenny, Raven, Maria and L.L.

      The attorneys representing each victim have agreed to accept $1,000 in full settlement of their restitution claim. All checks were issued from my office on February 17, 2022 and forwarded to the victims' attorneys by Federal Express. I have provided copies of the cover letters to AUSA Megan Farrell.

      Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc:    AUSA Megan Farrell (by ECF)
        Probation Officer Amanda Carlson (by email)
SPS/cn