## SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

February 28, 2022

**BY ECF**

Hon. Denis R. Hurley
United States District Court
100 Federal Plaza
Central Islip, NY 11722

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 02 2022 ★
LONG ISLAND OFFICE**

Re: United States v. Brett Ofsink
19-CR-290

Dear Judge Hurley:

We represent the defendant, Brett Ofsink, who appeared before Your Honor on February 24, 2022 for sentencing.

At that time, based upon the defendant's request, the Court scheduled his surrender for April 29, 2022. He has asked me to seek a modification of the Court's Order permitting him to surrender on May 2, 2022. Following the sentence, I was advised by Mr. Ofsink's mother that she had planned to drive him to the Bureau of Prisons facility on his surrender date. She further advised that she failed to inform me that she has a family commitment on April 29, 2022.

Accordingly, we would respectfully request that the Court modify Mr. Ofsink's surrender date from April 29, 2022 to May 2, 2022.

Thank you. Please accept my apologies for any inconvenience this may cause to the Court and Court staff.

Respectfully submitted,

*Stephen P. Scaring*

STEPHEN P. SCARING

cc: AUSA Megan Farrell (by ECF)
SPS/cn

Application Granted

So ordered: /s/ Denis R. Hurley

Dated: 3/2/22